52 So.2d 889

### Audrey MEREDITH v. STATE.
### 8 Div. 946.

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

52 So.2d 889

### Walter Hubert MORELAND v. STATE.
### 8 Div. 969.

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

53 So.2d 895

### William NIXON v. CITY OF BIRMINGHAM.
### 6 Div. 169.

Court of Appeals of Alabama.
May 1, 1951.

Rehearing Denied May 29, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

CARR, Presiding Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So. 2d 761; certiorari denied 254 Ala. 515, 48 So.2d 768.

52 So.2d 889

### Burt OLIVER v. STATE.
### 7 Div. 139.

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

52 So.2d 889

### Lois POOLE v. STATE.
### 8 Div. 917.

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Appeal dismissed.